UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:12-cv-0951 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| ADRIEL LEDDY, et al., | |
| Defendants. | |

A motion for default judgment was filed in this action on July 29, 2013 and noticed for hearing on September 11, 2013.  The hearing was vacated and the matter was submitted on the papers.  Findings and recommendations were filed August 16, 2013 recommending that the motion for default judgment be granted and plaintiff be awarded the total sum of $8,000 in statutory damages.

On September 11, 2013, at the time the law and motion calendar was called for the undersigned, defendants Adriel Leddy, Richard Houghton and Donald Houghton appeared for the hearing on the motion for default judgment.  In that defendants had not received the order vacating the hearing because they had not yet appeared in the action, the court called the matter to calendar and advised defendants that findings and recommendations had been filed recommending that the motion for default judgment be granted.

/////

1

Defendant Donald Houghton represented to the court that he had never been properly served with summons in this action, that he receives no rents from the subject property, and that in light of a properly marked and configured van disabled parking place having been put into place in 2012, he was under the impression that the instant litigation was a "scam." All defendants represented that they had been given to understand attendance at the hearing was necessary in order to defend this action.

A review of the docket indicates that defendant Donald Houghton may be a co-owner of the subject property. See Complaint, Exhibit B (ECF No. 1) (copy of property records indicating defendants Houghton were owners of subject property in June, 2011). Since this action was filed in April, 2012, it is possible defendant Donald Houghton no longer has a property interest in the subject property.

At the hearing, defendants provided the court with their addresses. It appears that the proof of summons for defendant Donald Houghton may be in error in that the address listed for service of process is not the same as the address provided by this defendant. See ECF No. 7.

Given defendants' present pro se status and considering the circumstances of this case, the court will construe the arguments and representations made by defendants at the hearing to be a motion to set aside the defaults previously entered in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' oral request at the September 11, 2013 hearing is construed as a motion to set aside the defaults.

2. The clerk's entry of default (ECF No. 9) is vacated.

3. No later than October 11, 2013, defendants shall file an answer. Defendants are advised that they have the right to represent themselves in this action and may file an answer on their own behalf. Defendants are cautioned that failure to timely file an answer may result in the entry of default and a recommendation that default judgment be entered against defendants.

4. The motion for default judgment (ECF No. 12) is denied without prejudice.

5. The findings and recommendations (ECF No. 14) are vacated.

/////

6. The Clerk of Court is directed to serve a copy of this order on defendants at the following addresses:

        Adriel Leddy, 746 N. Texas Street, #A, Fairfield, CA   94533

        Richard Houghton, 4423 Green Valley Road, Fairfield, CA   94534

        Donald Houghton, 63 Oakcreek Ct., Santa Rosa, CA   95409

Dated:  September 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE