SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00951-JAM-CKD** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| vs. | ) |
| | ) |
| Adriel Peter Leddy, et al, | ) |
| Defendants | ) |

IT IS SO ORDERED that this action is hereby dismissed WITHOUT prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 8/26/2014

/s/ John A. Mendez_____
Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-00951-JAM-CKD- 1